[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10626

Non-Argument Calendar

_____

PROPERTY SOURCE RENTALS LLC,

Plaintiff-Appellee,

*versus*

ELIZABETH KERSHAW,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-00228-ELR

_____

2                     Opinion of the Court                25-10626

Before NEWSOM, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

Elizabeth Kershaw, proceeding *pro se*, appeals the district court's order remanding her case to state court for lack of subject matter jurisdiction. However, that order is unreviewable on appeal. *See* 28 U.S.C. § 1447(c), (d); *New v. Sports & Recreation*, 114 F.3d 1092, 1096 (11th Cir. 1997) ("Cases remanded for lack of jurisdiction are immune from review even if the district court's decision is clearly erroneous."). Additionally, Kershaw did not invoke 28 U.S.C. §§ 1442 or 1443 as the basis for the removal. *See* 28 U.S.C. § 1447(d); *see BP P.L.C. v. Mayor of Balt.*, 593 U.S. 230, 238-39 (2021) (concluding that, because the defendants cited § 1442 in their notice of removal, the whole of the district court's remand order was reviewable on appeal).

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.